## **Appendix I**

Mr. Curry's Medical Records

Law Offices
William Brisbois & Associates, LLC
1107 Gratiot Avenue
Saginaw, Michigan 48602

27-33-97

William A. Brisbois
H. Renee Brisbois
Jeffrey J. Rupp*
*Also admitted in Massachusetts

Area Code (989)
799-6000
799-4706
(Fax) 799-6363

November 21, 2003

NOV 22 2003

17

Covenant Hospital
Attn: Medical Records Department
700 Cooper
Saginaw, Michigan 48602

By Facsimile only: (989) 583-6310

Re:   Jeffrey Curry
      Date of Birth: 11-10-77
      SSN: 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
      Dates Requested: On or about July 13, 2006

Dear Medical Records Department:

Please find enclosed a Medical Information Authorization for Medical Records regarding the above-referenced individual.

If possible, could you please inform my office of the amount or an estimated amount before preparation and we will confirm completing the copying and the expense. If the payment is due before records are released, please contact my office of the amount due and payment will be forwarded promptly.

Thank you for your anticipated cooperation in this matter. If you have any questions, comments, or concerns, please do not hesitate to contact my office.

Sincerely,

Jeffrey J. Rupp
WILLIAM A. BRISBOIS & ASSOCIATES

JJR.amr
Enclosures

**COPIED BY**

NOV 22 2006

**CHARTONE**

**RECEIVED** NOV 2 8 2006



**Covenant** HealthCare

Covenant HealthCare
1447 North Harrison
Saginaw, MI 48602



## REGISTRATION FORM



OF00001

| PATIENT TYPE | SERVICE CODE | MEDICAL RECORD # | DISCHARGE DATE | | | | | | ARRIVED BY |
|---|---|---|---|---|---|---|---|---|---|
| E | EDA | 27-33-97 | | | | | | | CAR POLICE |

| ADMISSION DATE/TIME | | ROOM-BED | VET. | DATE OF BIRTH | AGE | SEX | TOA/SOA | PATIENT NO. | ADM BY |
|---|---|---|---|---|---|---|---|---|---|
| 07/13/06 | 17:41 | | N | 11/10/1977 | 28 | M | 1/7 | 50182351 | ME |

**NAME AND ADDRESS** — CURRY, JEFFREY M / 1416 S 15TH ST / SAGINAW, MI 48601

**TELEPHONE** 989 755-1907  **SSN:** 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

**EMPLOYER** UNEMPLOYED  **OCCUPATION/STATUS** DISABLED

OUT-PT OBSERVATION/EXT RECOVERY

**MARITAL STATUS** S  **RACE** B  **ALLERGIES:** N  **ADV DIRECT:** N  **HIPAA** PRIVACY Y

**E.R. CONTACT/PHONE/RELATIONSHIP**
CURRY, GENEVA
GRANDMOTHER
989 771-2217

**COMMENTS**

**GUARANTOR II**
CURRY, JEFFREY M  11/10/77
1416 S 15TH ST  989 755-1907
UNEMPLOYED  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

**CHURCH**
PR1 00 UNSPECIFIED

**GUARANTOR III**
CURRY, WILLIE MAE  6/26/60
1416 S 15TH ST  989 755-1907
UNEMPLOYED  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

**PREVIOUS DISCHARGE DATE** 2/11/99  **PREVIOUS ER DATE** 12/15/04
**PREVIOUS NAME**  **PREVIOUS FACILITY**

**DIAGNOSIS/CHIEF COMPLAINT**
HIT BY A CAR /FACIAL INJURIES

**ACCIDENT DATE/TIME** 07/13/2006  0:00  **ACCIDENT CODE** 5
**ACCIDENT LOCATION** SAGINAW  **ACCIDENT DESCRIPTION** HIT BY POLICE CAR

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | REFERRING PHYSICIAN | FAMILY PHYSICIAN |
|---|---|---|---|
| ED, PHYSICIAN  9300 | PINNELL, GREGORY A 03128 | | PINNELL, GREGORY A  3129 |

| 5201  **INSURANCE #1** | 0000  **INSURANCE #2** | 0000  **INSURANCE #3** |
|---|---|---|
| NAME. HMO COMM CHOICE CA | NAME: | NAME: |
| ADDRESS PO BOX 1307 | ADDRESS | ADDRESS |
| CITY, ST, ZIP DAYTON, OH 454021307 | CITY, ST, ZIP. | CITY, ST, ZIP: |
| CONTRACT # 31726350 | CONTRACT #: | CONTRACT #: |
| GROUP #: | GROUP #. | GROUP #: |
| DOB SUB 11 10 1977 | DOB SUB: 00 00 0000 | DOB SUB: 00 00 0000 |
| EMPLOYER UNEMPLOYED | EMPLOYER | EMPLOYER |
| AUTH #. | AUTH #. | AUTH # |
| PHONE #. (517)3499922 | PHONE #: (000)0000000 | PHONE #: (000)0000000 |
| PHONE # | PHONE # | PHONE #: |
| MEDICAID DATE: | MEDICAID DATE. | MEDICAID DATE: |

(R 3/00)

EDPACE

COVENANT HEALTHCARE
Saginaw, Michigan 48602

EMERGENCY CARE CENTER REPORT

NAME: CURRY, JEFFREY                          MR#: 27-33-97
ATTENDING: GREGORY A. PINNELL, M.D.           ACCT#: 50182351
SEX: M          DOB: 11/10/1977              DISCHDATE: 07/13/2006
ADMIT DATE: 07/13/2006 MSV: EDA    PT: E      ROOM#:

---

DATE

PHYSICIAN'S REPORT

HISTORY OF PRESENT ILLNESS
This 28-year-old male comes to the emergency department.  The patient is
here because of "pain in his left tib-fib, his right forearm, his
thoracic spine."  He is here with the police department, who are going to
be taking him to jail.  The patient was evidently a pedestrian hit by a
car, but it is unknown what rate of speed he was hit and he did not lose
consciousness.
MEDICATIONS
He says he takes Vicodin chronically.

PAST MEDICAL HISTORY
He has had a history of gunshot wounds to his abdomen with multiple
surgeries.

SOCIAL HISTORY
He says he uses cocaine occasionally.  Does not smoke.  Uses alcohol
regularly.

FAMILY HISTORY
He denies significant family history of coronary artery disease.

REVIEW OF SYSTEMS
No recent fever, weight loss, tinnitus, or vertigo.  No melena,
hemoptysis, or hematochezia.

PHYSICAL EXAMINATION
VITAL SIGNS: Pulse oximetry is 99% on room air.  Temperature 98.2;
respiratory rate 18; pulse rate is 82; blood pressure is 110/70.  HEENT:
TMs within normal limits.  Pupils are reactive to light.  Throat
examination is unremarkable.  HEART: Regular rate and rhythm without
obvious murmur.  CHEST: Lungs clear bilaterally.  ABDOMEN: Soft.  Bowel
sounds are active.  MUSCULOSKELETAL: Patient has tenderness with some
bruising over his right forearm.  He has some tenderness over the left
tib-fib without bruising and he has tenderness over the thoracic and
lumbar spine without bruising.  NEUROLOGIC: He has no significant
neurologic disease.

EMERGENCY DEPARTMENT COURSE

The patient had x-ray examination of the right forearm, left tib-fib,
chest x-ray, C-spine, L-spine, and T-spine x-rays, all which are negative
for fracture.

IMPRESSION
Pedestrian versus car accident with contusions to left tibia-fibula,
right forearm, and thoracic spine.

| EMERGENCY REPORT - Page 1 of 1 Part 1/2 | COVENANT HEALTHCARE | | Printed: 11/22/2006 14:21 |
|---|---|---|---|
| Patient: CURRY, JEFFREY | MR#: 0273397C | Discharged: 07/13/2006 | Service Dates: 07/13/2006-07/13/2006 |
| Copy for: DEP MGT 8DM4JK | REQ: 353167, DET: 1521456 IK: 11817764 ITK: 10369 EK: 14996370 VER: 2 | | |

PLAN
The patient is being discharged in care of police t  go to jail.  He was
given two Ultram and 800 mg of Motrin prior to discharge.

DISCHARGE CONDITION
He leaves in stable condition.

HARRY W. FREDERICK, D.O.

~~

\:  U88        /:    512        DD: 07/13/2006       DT: 07/13/2006
JOB: 2586315          ID: 788586315      TD: 2111            TIME: 2237


fx: GREGORY A. PINNELL, M.D. (03129)
>




HARRY W FREDERICK DO
ELECTRONICALLY SIGNED 7/15/2006 21:48

| EMERGENCY REPORT - Page 1 of 1 Part 2/2 | COVENANT HEALTHCARE | | | Printed: 11/22/2006 14:21 |
|---|---|---|---|---|
| Patient: CURRY, JEFFREY | MR#: 0273397C | Discharged: 07/13/2006 | Service Dates: 07/13/2006-07/13/2006 | |
| Copy for: DEF MGT SDMWK | REQ:  353167, DET: 1521456 IK: 11617764 ITK: 10369 EK: 14996370 VER: 2 | | | |





COVENANT HealthCare

Covenant HealthCare
1447 North Harrison
Saginaw, MI 48602

CURRY, JEFFREY M
9300 ED, PHYSICIAN
3129 PINNELL, GREGORY A
11/10/1977    28Y    M    07/13/2006

QF01514 (12/04)    **EMERGENCY/NURSING DOCUMENTATION**    27-33-97    50182351

**Initial Assessment** Time ___ Initials ___

**Respiratory:**
O₂ ___ via RA
Breath Sounds lungs clear
___ 5%

**Circulatory:**
Peripheral Pulse +3 /2R
Edema ___
Capillary Refill brisk
Rhythm interpretation (post strip) ___

**Skin:** ☐ Pale ☑ Dry ☒ Warm ☐ Pink ☐ Moist ☐ Cool ☑ Amb ☐ Non Amb
Other abrasion on R side of face

**Neuro:** ☑ Alert ☐ Combative ☐ Confused ☐ Unresponsive
LOC ☐ No ☐ Yes ☐ Unknown
Oriented x 3 Pupils ___
☐ Neuro assessment sheet initiated
Other ___

**Abdomen:** ☑ Nontender ☑ Soft ☐ Tender ☐ Distended
**Bowel Sounds:** ☑ Present ☐ Nausea ☐ Absent ☐ Vomiting ☐ Diarrhea
Other ___

**GYN** ☐ Vag Bleeding ☐ FHT ☐ Clots/Tissue ☐ # pad/hr ☐ Cramping
**GU** ☑ Frequency ☑ Burning
Other ___

**Pain:** ☐ Denies ☐ FLACC (0-3 years old)
Intensity (0-5) 4/5 Duration 1/2 hr
Location ___
Other R arm (R) leg and lower back pain

**Visual Acuity:** OD ___ OS ___ OU ___
Glasses ☐ Yes ☑ No ☐ Not w/pt
Other ___

**Psychosocial:** ☐ Anxious ☐ Restless ☐ Crying ☑ Calm ☐ Poor Eye Contact
Support System police present
Other in room

| Time | 1950 |
| BP | 110/60 |
| Pulse | 69 |
| RR | 20 |
| Temp | / |
| SaO₂ | 100% |
| O₂ | RA |
| BGM | |

Pt. Informed of Progress at ___

**Nurses Documentation:**
1910 Pt in X-ray ___
1925 Unable to obtain officer stating too ___
1950 Pt. resting no distress at this time ___

**Discharge Disposition:** ☑ Amb ☐ W/C ☐ Stretcher ☐ Carried ☐ AMA ☐ Left without Treatment
TO: ☐ Home ☐ Work Other jail
With: ☐ Self ☐ Family ☐ Friend Other Police
☑ Stable condition
Other ___

**Discharge Instructions:** ☑ Given ☑ Written ☑ Verbal ☐ Rx
☑ Instruction sheets given
RN Name S. Dambro, LPN Time 2120

**Admitted** To: ___ Time report called to floor: ___
Report Given to: ___
Transfer to CDU: ☐ Time Report Called to CDU: ___
Report Given to: ___
**Personal Belongings:** ☐ Given to Family ☐ ☐ To floor w/patient ☐ Personal Belonging Checklist Completed
RN Name ___ Time ___

EDHURDOCS    **EMERGENCY/NURSING DOCUMENTATION**





**COVENANT** HealthCare

Covenant HealthCare
1447 North Harrison
Saginaw, MI 48602

OF90158

CURRY, JEFFREY M
9300 ED, PHYSICIAN
3129 PINNELL, GREGORY A
11/10/1977    28Y    M    07/13/2006

## ASSESSMENT/EMERGENCY/HISTORICAL

27-33-97    50182351



| | | |
|---|---|---|
| Rm # 6 | Time to WR. | Time to Rm 1745 | Priority. ☐ 1 ☐ 2 ☑ 3 ☐ 4 | Admit. | 2/11/99 | Previous ED Visit: 01/02/05 | Reg Time 17:41 |

### Triage Assessment
Date: 07/13/2006   Family Physician   PINNELL, GREGORY A   Specialist:

Time: 1745   Arrival: ☐ Ambulatory ☐ Carried ☐ W/C ☑ ED ☐ Pregnant   LNMP:   EDC:
☐ Ambulance ☐ BLS ☐ ALS ☐ Helicopter ☑ Police ☐ Peds ED ☐ Yes ☐ No

BP: 110/70   P: 82   R: 20   T: 98.2   ☑ oral ☐ rectal ☐ axillary   SaO₂ Cw%   Wt./kg   Tetanus:

### Chief Complaint: hit by car
Are you afraid of anyone in your home? ☐ Yes ☐ No   Info From: pt / police   Signature: X. McCubbin RN

### ALLERGIES:   ☑ NKA   ☐ Latex

### Current Medications
☐ See Attached List
☐ No Meds
vicodin

What pharmacy/pharmacies do you use?

### Hx of Present Illness
hit by car @ unknown speed c/o ® leg, ® arm
and lower back pain
brought in by police

### Past Medical History   KEY ⊟ = Negative/NL   ⊞ = Positive/Present   ☐ = Not Asked
☐ Arthritis   ☐ Cardiac Dx.   ☐ CVA/TIA   ☐ Glaucoma   ☐ Peripheral Vascular Disease   ☐ Renal Failure
☐ Asthma   ☐ Prior MI   ☐ Dementia   ☐ Hiatal Hernia   ☐ Pneumonia   ☐ Dialysis
☐ Cancer   ☐ Angina   ☐ Diabetes   ☐ Hypertension   ☐ Pregnancy EDC ___   ☐ Seizure Hx.
Type ___   ☐ Arrhythmia   ☐ w/insulin   ☐ Kidney Stone   G___ P___ Ab ___   ☐ Sickle Cell
☐ COPD   ☐ CHF   ☐ GI Ulcer Dx.   ☐ Migraine   ☐ Psych Hx.   ☐ Thyroid Disease
Comments/Other: none   ☐ VRE / MRSA

### Past Surgical History
☐ Cataracts   ☐ C-Section x ___   ☐ Hysterectomy   ☐ Spinal
☐ Angioplasty   ☐ Rt. ☐ Lt.   ☐ Fracture Repair   ☐ Joint Replacement   ☐ Tonsillectomy
☐ Appendectomy   ☐ Cholecystectomy   ☐ Hernia Repair   ☐ Tubal/Vasectomy
☐ CABG x ___   Comments/Others: 10.5x been shot (x)

### Social History
ETOH ☐ Never ☐ Rare   Smokes ☑ Never ☐ Smokes ___ ppd   Illicit Drugs cocaine occasionally
☐ Occasional ☐ >4x/wk   ☐ Quit ___ yrs ago; prior smoked ___ ppd   ☐ Denies ☐ Prior use ☐ Current use

Signature: X. McCubbin RN   Time: 1745

### Review of Systems
☐ Abdomen Pain ☐ Decreased Hearing ☐ Depression ☐ Dysuria ☐ Hemoptysis
☐ Chest Pain ☐ Decreased Vision ☐ Dysarthria ☐ Fever ☐ Joint Pain
Comments/Other:

### Dictation Notes

ECCHSTAT   <<<<<<<< ASSESSMENT/EMERGENCY/HISTORICAL >>>>>>>>   (4:00)



**COVENANT**
HealthCare

Covenant HealthCare
1447 North Harrison
Saginaw, MI 48602

OF00004



CURRY, JEFFREY M
9300 ED, PHYSICIAN
3129 PINNELL, GREGORY A
11/10/1977      28Y      M      07/13/2006



27-33-97      50182351

## CONSENT FOR TREATMENT/ AUTHORIZATION FOR RELEASE OF INFORMATION

**READ CAREFULLY BEFORE SIGNING – PLEASE REQUEST ASSISTANCE IF NECESSARY**

I voluntarily CONSENT TO AND AUTHORIZE SUCH HOSPITAL CARE (including a complete medical history, physical examination, routine diagnostic procedures, x-ray, therapy (initial and reoccuring procedures) and medical treatment (including the administration of drugs and routine therapeutics) as deemed necessary or advisable by the physicians, their assistants or designees, and employees of the Hospital participating in my care, understand that the practice of medicine is not an exact science. NO GUARANTEES OR PROMISES have been made to me regarding the results of any hospital care and medical treatment.

I understand that I shall have the OPPORTUNITY TO DISCUSS ANY PROCEDURES OR TREATMENTS with the physicians and/or their assistants and designees participating in my care. I understand that in EMERGENCY SITUATIONS it may be necessary or advisable for the physicians to perform other additional or extended services beyond those contemplated at the time of admission in order to preserve my life or health. I consent to these services and/or procedures.

If this admission is for the purpose of giving birth, I authorize all appropriate INFANT CARE and treatment as deemed necessary or advisable by the physicians, their assistants or designees, and employees of the Hospital participating in the care of my infant(s).

I authorize the Hospital and physician to RELEASE any and all information contained in my MEDICAL RECORDS, including information concerning human immunodeficiency virus ("HIV"), acquired immunodeficiency syndrome ("AIDS"), and AIDS related complex ("ARC"), if any, and substance abuse information, if any, and social and psychological services information, if any, including communications made to a social worker or psychologist, to: (a) any third party payor, INSURANCE AGENCIES or carriers which are responsible in whole or in part for paying any expenses associated with my hospitalization/outpatient testing; (b) any referring health care facility or physician for the purpose of facilitating continuing care and treatment and (c) my employer, but limited to records generated as a result of services directed by them.

I assign and AUTHORIZE DIRECT PAYMENT of all health care benefits and other forms of payment of any kind which relate to the care provided to me by the Hospital staff for application to my bill. I assume full FINANCIAL RESPONSIBILITY FOR PAYMENT of all expenses associated with my care and treatment, including any portion of hospital or physician charges not paid by insurance (except as excluded by participating hospital agreements), workers' compensation or social agencies, and agree to pay the same at the time of discharge or on an interim basis while hospitalized. These expenses may include, but are not limited to, television, telephone, daily charges for patient-requested private room, and any deductible and coinsurance amounts.

MEDICARE PATIENT'S CERTIFICATION - I certify the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I request payment of authorized Medicare benefits on my behalf, for any services furnished to me by or in Covenant HealthCare, including physician services. I authorize any holder of medical and other information about me to release to Medicare and its agents any information needed to determine these benefits or benefits for related services. I assign payment for the unpaid charges for certain in-hospital physician services furnished by a specialist, or by physicians for whom the hospital is authorized to bill. I understand that I am responsible for any health insurance deductibles, co-insurance and non-covered charges.

TRICARE - I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits on my behalf.

I have disclosed to Hospital personnel ALL SOURCES OF HEALTH INSURANCE available at the time of my admission for coverage of health care services rendered to me. Such sources of health insurance may include benefits from Worker's Compensation, an automobile medical or no fault insurance program, or any liability insurance policy or plan.

PERSONAL PROPERTY POLICY - I understand that the hospital SHALL NOT BE LIABLE FOR THE LOSS OR DAMAGE TO ANY PERSONAL PROPERTY (including money, jewelry, documents, or other articles of value) unless deposited with the hospital for safekeeping.

I understand that the Hospital may perform an HIV TEST (for the presence of the AIDS virus) upon me without specific written consent if a health professional, hospital employee, or emergency assistance provider, has a percutaneous, mucous membrane or open wound EXPOSURE TO MY BLOOD or other body fluids. The results of any test(s) will be treated confidentially, but may be disclosed as necessary to Hospital personnel that render care and services to me.

I CERTIFY THAT I HAVE READ THIS FORM OR THAT IT HAS BEEN READ TO ME. I UNDERSTAND ITS CONTENTS AND ACCEPT ITS TERMS UNLESS OTHERWISE INDICATED ON THIS FORM. IF THE SIGNER IS NOT THE PATIENT, THE SIGNER CERTIFIES THAT HE OR SHE IS THE PATIENT'S LEGALLY AUTHORIZED REPRESENTATIVE.

*A photo reproduction of this document shall be as valid in all respects as the original. I understand that I may revoke this Consent and Authorization at any time except to the extent that action has been taken in reliance on it. For services furnished to inpatients, this consent and authorization is effective for the period of confinement. For services furnished on the outpatient basis, this consent and authorization is effective until revoked.*

CURRY, JEFFREY M

Name of Patient                    Signature of Patient/Parent/Legal Guardian                    Relationship if not self

7-13-06

Witness                            Signature of Spouse                                          Date

OF00004
UNSIGNED





CURRY, JEFFREY M
9300 ED, PHYSICIAN
3128 PINNELL, GREGO       07/13/2006
DOB: 11/10/77  028Y M 27-33-97
50182351

**Covenant HealthCare**
1447 North Harrison
Saginaw, MI 48602

PF01278 (R 12/03)

## INFORMATION ABOUT
## ADVANCE DIRECTIVES

PATIENT I.D.

You have the right under the law to make decisions about your health care. This means that you can accept or refuse medical or surgical treatment at any time. You also have the right to write down your wishes for your staff and doctors to follow while you are at any Covenant HealthCare facility and to choose someone to make these decisions for you if you become unable to do so.

- **Advance Directives:** Written directions explaining what your wishes are regarding your medical care
- **Power of Attorney for Health Care:** This is a form that is filled out, signed by you, and witnessed by three people who are not your family and are not employees or volunteers in a medical facility. This form tells our staff who you have selected to make medical decisions for you if you become unable to make decisions for yourself. The person that you choose is then called your Advocate. If you have not completed a Power of Attorney for health care, our staff will talk to your next-of-kin to make decisions for you if you cannot make decisions for yourself.

If you have any written directions about your medical care, including a Living Will, Covenant HealthCare would like a copy to keep on file so we can follow your wishes. If you would like an Advance Directive/Durable Power of Attorney for health care form to fill out, the staff person discussing this form with you will give you one. If you have questions or need help with the form after reading it, please let your caregivers know.

- **Your Advance Directives will be used only in the event that you are unable to make decisions about your medical care due to your illness or injury.**
- **Advance Directives are very useful for doctors, hospital staff, and your family and friends. However, they are not necessary in order for you to get treatment.**
- **You will not be discriminated against and will continue to receive care whether or not you have signed an Advance Directive.**
- **Covenant HealthCare will follow your Advance Directives in the form of a Temporary Advance Directive until we receive a copy of your Advance Directive to place in your medical record.**

_____
Signature of person initiating form and giving yellow copy to patient

## Advance Directive Status

☐ A: Pt. has already signed an Advance Directive and Covenant HealthCare has a copy on file. (Y)

☐ B: Pt. has not signed an Advance Directive and is not interested in having one at this time. (N)

☐ C: Pt. has already signed an Advance Directive. Covenant does NOT have a copy and the patient did NOT bring a copy with them. The patient chooses not to make known any decisions about his/her health care wishes at this time and he/she understands that next of kin will be asked to make health care decisions if he/she is unable to. (N)

☐ D: Pt. has already signed an Advance Directive. Covenant does NOT have a copy and the patient did NOT bring a copy with them. The patient wishes to fill out a Temporary Preferences form to be followed until a copy of his/her Advance Directive can be brought to the hospital. (T)

    ☐ Advance Directive/Temporary Preferences form completed and will be followed until patient's Advance Directive can be brought to the hospital. Pastoral Care Services will help as needed when available.
    AND/OR

    ☐ A copy of the patients Advance Directive has been placed in the medical record file and Admitting notified. (Y)

    _____  _____
    Hospital Representative           Date

☐ E: Pt. has not signed an Advance Directive and has been given more information at his/her request. (I)

    ☐ Pastoral care follow-up _____

    _____  _____
    Hospital Representative            Date

☐ F: Patient unable or Family unavailable to provide Advance Directive Status. (U)

    ☐ Diligently reasses patient/family to provide Advance Directive status within 48 hours and check one of above boxes A through E as appropriate.

    _____  _____
    Hospital Representative            Date

WHITE COPY - PATIENT CHART    CANARY COPY - PATIENT



**COVENANT**
HealthCare

Covenant HealthCare
1447 North Harrison
Saginaw, MI 48602



CL...IY, JEFFREY M
9300 ED, PHYSICIAN
3129 PINNELL, GREGORY A
11/10/1977    28Y    M    07/13/2006



27-33-97        50182351

## Acknowledgement Receipt of Notice of Privacy Practices

I acknowledge, by signing below, that I have received a copy of the Covenant HealthCare
Notice of Privacy Practices.

___CURRY, JEFFREY M_____

Name

Signature

Date: ___07/13/2006___

---

### Covenant HealthCare Staff Use Only

Acknowledgement Received: ___7/13/06___

Reason Acknowledgement was not Received:

_____

☐ I have previously received the Notice of Privacy Practices.

☐ Other, explain:

_____

_____

_____

Covenant HealthCare Staff _____
(Signature)

OF08203
RCTPRVPRCB

| PRIVACY NOTICE - Page 1 of 1 | COVENANT HEALTHCARE | | Printed: 11/22/2006 14:21 |
|---|---|---|---|
| Patient: CURRY, JEFFREY | MRN: 0273397C | Discharged: 07/13/2006 | Service Dates: 07/13/2006-07/13/2006 |
| Copy for: DEF MGT 8DMWJK | REQ: 353167, DET: 1521461 IK: 11824835 ITK: 10847 KK: 14989076 VER: 1 | | |

(03/03)





Covenant Emergency Care Center
1447 N Harrison
Saginaw, MI 48602
(989) 583-6121

**DISCHARGE INSTRUCTIONS/EMERGENCY DEPARTMENT**

Patient: JEFFREY CURRY  Sex: Male  DOB: 11/10/1977
Med Rec #: 273397  Visit #: 50182351
Treating Doctor: 512 HARRY FREDERICK, DO
Date: 07/13/2006  Time: 21:00

JEFFREY CURRY or Responsible Person has received this information and
tells me that all questions have been answered.

_____
RN Staff Signature

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. You also may have been referred to a specialist. Some insurance companies require a referral by your doctor. Please contact your primary care physician to make further arrangements. After you leave, you should follow the instructions below.

You were treated today by HARRY FREDERICK, DO.

**THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE**
Call your doctor if you do not get better. Call sooner if you feel worse. You can reach your doctor by calling their clinic phone number.

**THIS INFORMATION IS ABOUT YOUR DIAGNOSIS**
TODAY YOUR DIAGNOSIS IS: multiple contusions following a pedestrian-car accident

Do the following:
• followup with your own doctor as necessary

Call your doctor if you have:
• any new or severe symptoms.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.**
Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."

X _____
JEFFREY CURRY or Responsible Person



**COVENANT** HealthCare

Covenant HealthCare
1447 North Harrison
Saginaw, MI 48602

OF01693 (03/2004)





CURRY, JEFFREY M
9300 ED, PHYSICIAN
3129 PINNELL, GREGORY A
11/10/1977    28Y    M    07/13/2006

## ORDER/EMERGENCY/DIAGNOSTIC

27-33-97    50182351

| COMPLAINT | Allergies | | Latex: ☐ Yes ☐ No |
|---|---|---|---|

**X-RAY**

| Extremity Left | | | Face and Body | | | Extremity Right | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Ankle | ☐ Forearm | ☐ Knee | ☐ Abd/PA CXR | ☐ Mandible | ☐ Skull | ☐ Ankle | ☑ Forearm | ☐ Knee |
| ☐ Clavicle | ☐ Hand | ☐ Ribs/PA CXR | ☐ Abd only | ☐ Nasal | ☐ C-Spine | ☐ Clavicle | ☐ Hand | ☐ Ribs/PA CXR |
| ☐ Elbow | attn | ☐ Shoulder | ☑ Chest | ☐ Neck ST | ☑ Port C-Spine | ☐ Elbow | attn | ☐ Shoulder |
| ☐ Femur | ☐ Hip | ☑ Tibia/Fibula | ☐ Port Chest | ☐ Pelvis | ☑ T-Spine | ☐ Femur | ☐ Hip | ☐ Tibia/Fibula |
| ☐ Foot | ☐ Humerus | ☐ Wrist | ☐ Facial | ☐ Port Pelvis | ☐ T-Spine | ☐ Foot | ☐ Humerus | ☐ Wrist |

Comments/Other:

**CT Scan**

| | | | Ultrasounds | | | Nuc Med/Misc | Resident |
|---|---|---|---|---|---|---|---|
| ☐ Abd/Pelvis | ☐ Brain | ☐ C-Spine * | ☐ Aorta | ☐ Duplex Extremity | ☐ Pelvic OB | ☐ VQ Scan | 0000 |
| ☐ IV Contrast | ☐ w/Contrast | ☐ L-Spine * | ☐ Gallbladder | ☐ Rt ☐ Lt | ☐ Pelvic Non-OB | ☐ IVP | 1111 |
| ☐ Oral Contrast | ☐ Chest | ☐ T-Spine * | ☐ Kidney | ☐ Up ☐ Low | ☐ Duplex Testes | ☐ Arteriogram ** | 2222 |
| ☐ Kidney Stone | ☐ Pulm. Embolus | *Levels | ☐ Limited RLQ | ☐ Vein ☐ Art | | ** Specify | 3333 |

Comments/Other:

| LAB | Blood | Panels | Urine Labs | Micro/CXS | CSF | |
|---|---|---|---|---|---|---|
| ☐ ABG | ☐ Dilantin | ☐ PT/PTT | ☐ Card. Prof. | ☐ Cath UA | ☐ Beta Strep | ☐ Adult |
| FIO₂ | ☐ ETOH | ☐ Therap | ☐ Pan. basic | ☐ CCMS UA | ☐ Blood ② ③ | ☐ Peds |
| ☐ ABORH | ☐ Exp Pend | ☐ Tegretol | ☐ Pan. comp | ☐ UA, do if CCMS | ☐ GC/CHL | |
| ☐ Acetone | ☐ Hep Bsab | ☐ Free T4 | ☐ Emer. Prof. | ☐ UA, do if Cath | ☐ Wet Prep | Misc. |
| ☐ Amylase | ☐ Lactic Acid | ☐ Troponin I | ☐ Liver | ☐ Urine PREG. | ☐ Urine Cath | ☑ EKG ② ③ ④ |
| ☐ BNP | ☐ Lipase | ☐ TSH | | | ☐ Urine CCMS | ☐ Old EKG |
| ☐ Calcium | ☐ Mag/Phos | ☐ T & S | | ☐ Drug SC Recreational | ☐ RSV | ☐ Old Chart |
| ☐ CBC + Diff | ☐ Mono | ☐ T & C | | ☐ Drug SC Depressant | ☐ Sputum | |
| ☐ CK/CKMB | ☐ HCG Qual | ☐ u | | ☐ Drug SC Stimulant | | |
| ☐ CRP | ☐ HCG, do if | ☐ Vein Ph | | ☐ Drug Screen All | | |
| ☐ NC | ☐ HCG Quant | | | | | |
| ☐ HS | | | | ☐ Cannabis ☐ Cocaine | | |
| ☐ d-Dimer | | | | | | |
| ☐ Dig | | | | | | |

Comments/Other:

Resident EKG numbers: 0000 1111 2222 3333 4444 5555 6666 7777 8888 9999

Physician: 0000 1111 2222 3333 4444 5555 6666 7777 8888 9999

## PHYSICIAN ORDERS   ☐ Monitor   ☐ Pulse Ox   ☐ IV Pump   ☐ O₂

| Time | Medication / IV / Treatment / Order | Initiated | Time | Route/Site | Nurse | Double Check |
|---|---|---|---|---|---|---|
| | EXAM 1808 ☐ NPO | | | | | |
| 1840 | Please get Pt. something to drink ✓ | | | | | |
| 2100 | Ultram ?? P.O. | ✓ | 2120 | PO | SD | |
| | Motrin 800 MG P.O. | ✓ | 2120 | PO | SD | |
| | Pt is medically stable to go to jail | | | | | |

Condition upon discharge:    Critical care hours
☑ Stable  ☐ Guarded  ☐ Critical  ☐ Expired

Dx: Car vs Pedestrian Accident c Multiple Contusions

Ed Physician: _____ Dict ☐   Resident Physician: 2586315   Dict ☐

ECCXORDS    #######    ORDER/EMERGENCY/DIAGNOSTIC    ######

COVENANT HEALTHCARE
IMAGING AND DIAGNOSTIC SERVICES
1447 N. Harrison  Saginaw, Michigan  48602

Name: CURRY, JEFFREY M          Admitting:   ED, PHYSICIAN
MR#: 273397                     Attending:   PINNELL, GREGORY A
Acct#: 50182351                 Ordering:    FREDERICK, HARRY W
ORDER#:    50182351-00003       Referring:
DOB:  11/10/77                  Consulting:
PT LOC:  EDA


    Examination:          Exam Date/Time:          Accession #:
XR SPINE CERVICAL 2 OR 3  7/13/06 7:20:12 PM       XR-06-056525
VIEW


INDICATION:
Hit by car, abrasions.

TECHNIQUE:
AP, lateral, and odontoid views of the cervical spine.

FINDINGS:
There is a normal lordotic cervical spine curvature.  Vertebral
alignment and disc spaces are maintained.  There are no fractures or
focal osseous lesions.  The surrounding soft tissues are normal.

IMPRESSION:
Normal cervical spine study.


**********   FINAL   **********
Dictated By:  LUDKA, MARK R  MD
Dictated Date:  07/13/06 11:10 pm
Electronically Signed By:  MARK R. LUDKA  MD
Date signed:  07/14/06 3:49 am
Transcribed By:  DMC
Transcribed Date:  07/13/06 11:23 pm


DD: 07/13/2006

/: 1330
ID: 606056525

| RADIOLOGY REPORT - Page 1 of 1 Part 1/1 | COVENANT HEALTHCARE | | Printed: 11/22/2006 14:21 |
| Patient: CURRY, JEFFREY | MRN: 0273397C | Discharged: 07/13/2006 | Service Dates: 07/13/2006-07/13/2006 |
| Copy for: DEF MGT SDMHJK | REQ: 353167, DET: 1521465 IK: 11819187 ITK: 10411 EK: 14980682 VER: 1 | | |

COVENANT HEALTHCARE
IMAGING AND DIAGNOSTIC SERVIC___
1447 N. Harrison Saginaw, Michigan 48602

```
Name: CURRY, JEFFREY M          Admitting:   ED, PHYSICIAN
MR#:  273397                    Attending:   PINNELL, GREGORY A
Acct#: 50182351                 Ordering:    FREDERICK, HARRY W
ORDER#:   50182351-00002        Referring:
DOB:  11/10/77                  Consulting:
PT LOC:  EDA
```

```
   Examination:         Exam Date/Time:        Accession #:
XR CHEST PA/LAT         7/13/06 7:20:29 PM     XR-06-056523
```

INDICATION:
Hit by car.

TECHNIQUE:
Chest, 2 views.

FINDINGS:
The heart size and pulmonary vascular pattern are within normal
limits.  The lungs and pleural spaces are clear.  Mild elevation of
the right hemidiaphragm is noted.

IMPRESSION:
No evidence of acute cardiopulmonary disease.


********* FINAL *********
Dictated By:  LUDKA, MARK R  MD
Dictated Date:  07/13/06 11:09 pm
Electronically Signed By:  MARK R. LUDKA  MD
Date signed:  07/14/06 3:49 am
Transcribed By:  KAS
Transcribed Date:  07/13/06 11:23 pm


DD: 07/13/2006

/: 1330
ID: 606056523

COVENANT HEALTHCARE
IMAGING AND DIAGNOSTIC _ERVICES
1447 N. Harrison  Saginaw, Michigan  48602

Name: CURRY, JEFFREY M          Admitting:  ED, PHYSICIAN
MR#:  273397                    Attending:  PINNELL, GREGORY A
Acct#: 50182351                 Ordering:   FREDERICK, HARRY W
ORDER#:    50182351-00004       Referring:
DOB:  11/10/77                  Consulting:
PT LOC:  EDA


    Examination:          Exam Date/Time:          Accession #:
XR SPINE LUMBAR 4 + V     7/13/06 7:20:50 PM       XR-06-056526


INDICATION:
Hit by car.

TECHNIQUE:
Lumbar spine.  4 views.

FINDINGS:
Vertebral body heights and intervertebral disc spaces are well
preserved.  No fractures or subluxations are identified.  Multiple
metallic fragments project along the anterior aspect of the sacrum and
more anteriorly within the pelvis consistent with sequela from old
gunshot injury.

IMPRESSION:
1.No acute osseous abnormalities identified.
2.Findings consistent with old gunshot injury.


**********   FINAL   **********
Dictated By:  LUDKA, MARK R  MD
Dictated Date:  07/13/06 11:11 pm
Electronically Signed By:  MARK R. LUDKA  MD
Date signed:  07/14/06 3:49 am
Transcribed By:  KAS
Transcribed Date:  07/13/06 11:25 pm


DD: 07/13/2006

/: 1330
ID: 606056526

| RADIOLOGY REPORT - Page 1 of 1 Part 1/1 | COVENANT HEALTHCARE | | Printed: 11/22/2006 14:21 |
|---|---|---|---|
| Patient: CURRY, JEFFREY | HR#: 0273397C | Discharged: 07/13/2006 | Service Dates: 07/13/2006-07/13/2006 |
| Copy for: DEP MGT 6DMMJK | REQ: 353167, DET: 1521467 IK: 11819190 ITK: 10411 SK: 14980685 VER: 1 | | |

COVENANT HEALTHCARE
IMAGING AND DIAGNOSTIC SERVICES
1447 N. Harrison  Saginaw, Michigan  48602

Name: CURRY, JEFFREY M          Admitting:  ED, PHYSICIAN
MR#:  273397                    Attending:  PINNELL, GREGORY A
Acct#: 50182351                 Ordering:   FREDERICK, HARRY W
ORDER#:     50182351-00001      Referring:
DOB:  11/10/77                  Consulting:
PT LOC:  EDA


     Examination:           Exam Date/Time:           Accession #:
XR LEG LOW AP/LAT LT        7/13/06 7:21:26 PM        XR-06-056522


INDICATION:
Hit by car

TECHNIQUE:
Left lower leg 2 views

FINDINGS:
There is mild deformity noted involving the distal tibial shaft and
also mild deformity of the proximal tibial metaphysis, both findings
most likely due to old trauma.  An acute fracture or dislocation is
not identified.

IMPRESSION:
No acute osseous abnormality is identified.


**********  FINAL  **********
Dictated By:  LUDKA, MARK R  MD
Dictated Date:  07/13/06 11:13 pm
Electronically Signed By:  MARK R. LUDKA  MD
Date signed:  07/14/06 3:49 am
Transcribed By:  DMC
Transcribed Date:  07/13/06 11:25 pm


DD: 07/13/2006

/: 1330
ID: 606056522

COVENANT HEALTHCARE
IMAGING AND DIAGNOSTIC SERVICES
1447 N. Harrison  Saginaw, Michigan  48602

Name: CURRY, JEFFREY M          Admitting:  ED, PHYSICIAN
MR#: 273397                     Attending:  PINNELL, GREGORY A
Acct#: 50182351                 Ordering:   FREDERICK, HARRY W
ORDER#:    50182351-00005       Referring:
DOB: 11/10/77                   Consulting:
PT LOC:  EDA


     Examination:          Exam Date/Time:        Accession #:
XR SPINE THORACIC 3 V      7/13/06 7:21:10 PM     XR-06-056528


INDICATION:
Hit by car

TECHNIQUE:
AP, lateral, and lateral swimmer's views of the thoracic spine.

FINDINGS:
There is a normal thoracic spinal curvature.  Vertebral alignment is
normal.  Vertebral body height and disc spaces are maintained.  There
are no fractures or focal osseous lesions.  Paraspinal soft tissues
are normal.

IMPRESSION:
Normal thoracic spine study.


**********   FINAL   **********
Dictated By:  LUDKA, MARK R  MD
Dictated Date:  07/13/06 11:12 pm
Electronically Signed By:  MARK R. LUDKA  MD
Date signed:  07/14/06 3:49 am
Transcribed By:  DMC
Transcribed Date:  07/13/06 11:24 pm


DD: 07/13/2006

/: 1330
ID: 606056528

| RADIOLOGY REPORT - Page 1 of 1 Part 1/1 | COVENANT HEALTHCARE | | Printed: 11/22/2006 14:21 |
|---|---|---|---|
| Patient: CURRY, JEFFREY | MR#: 0273397C | Discharged: 07/13/2006 | Service Dates: 07/13/2006-07/13/2006 |
| Copy for: DEF MOT SDMMJK | REQ: 353167, DET: 1521469 IK: 11819195 ITK: 10411 EK: 14980691 VER: 1 | | |

COVENANT HEALTHCARE
IMAGING AND DIAGNOSTIC SERVICE
1447 N. Harrison  Saginaw, Michigan  48602

```
Name: CURRY, JEFFREY M        Admitting:  ED, PHYSICIAN
MR#:  273397                  Attending:  PINNELL, GREGORY A
Acct#: 50182351               Ordering:   FREDERICK, HARRY W
ORDER#:    50182351-00006     Referring:
DOB:  11/10/77                Consulting:
PT LOC:  EDA
```

```
   Examination:        Exam Date/Time:        Accession #:
XR FOREARM RT          7/13/06 7:21:44 PM     XR-06-056529
```

INDICATION:
Hit by car

TECHNIQUE:
Right forearm 2 views

FINDINGS:
The bones, joint spaces and surrounding soft tissues are
radiographically normal.

IMPRESSION:
Negative examination.


\*\*\*\*\*\*\*\*\*   FINAL   \*\*\*\*\*\*\*\*\*\*
Dictated By:  LUDKA, MARK R  MD
Dictated Date:  07/13/06 11:14 pm
Electronically Signed By:  MARK R. LUDKA  MD
Date signed:  07/14/06 3:49 am
Transcribed By:  DMC
Transcribed Date:  07/13/06 11:25 pm


DD: 07/13/2006

/: 1330
ID: 606056529

| RADIOLOGY REPORT - Page 1 of 1 Part 1/1 | COVENANT HEALTHCARE | | Printed: 11/22/2006 14:21 |
| --- | --- | --- | --- |
| Patient: CURRY, JEFFREY | MR#: 0273397C | Discharged: 07/13/2006 | Service Dates: 07/13/2006-07/13/2006 |
| Copy for: DEF MGT SDMMJK | REQ: 353167, DET: 1521470 IK: 11819198 ITK: 10411 EK: 14980693 VER: 1 | | |





CURRY, JEFFREY M
9300 ED, PHYSICIAN
3129 PINNELL, GREGORY A
11/10/1977    28Y    M    07/13/2006

Covenant HealthCare
1447 North Harrison
Saginaw MI 48602

**SIGNATURE LOG**



27-33-97    50182351

OF00730

| INITIALS | PRINT NAME | SIGNATURE OF CAREGIVER | TITLE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| LM | Lindi McCubbin | Lindi McCubbin | RN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| SD | Sheila Dambro | S. Dambro | LPN |
| | | | |

(R 6/00)                                    Page 1 of 2

81JH LOGA

# CHARTONE™
electronic chart management solutions

Chart One would like to provide you with the best possible service and your input is vital to our success. Please help us serve you and others better by taking a few minutes to answer the questions below. If you would like to give feedback, please do so on the back of this questionnaire. Thank you for responding.

Facility requested medical records from: ___Covenant  Cooper___

**Please mark the appropriate answer.**

1. What was the reason you requested medical records?

      o Personal
      o Continued Care
      ☑ Legal
      o Disability
      o Other _____

2. How many times in the past year have you requested medical records at this office or any other office?

      ☑ 0-1
      o 2-3
      o 3-4
      o 4 or more

3. Do you expect to request medical records in the next 6 months?

      o Yes
      o No
      ☑ Unsure

Please rate the following service components for this request of medical records.

| STATEMENTS | Strongly Agree | Agree | Disagree | Strongly Disagree | No Comment Or N/A |
|---|---|---|---|---|---|
| 4. Staff was courteous and helpful | O | O | O | O | ☑ |
| 5. Staff provided complete accurate information to you | O | O | O | O | ☑ |
| 6. A timely response was provided. | ☑ | O | O | O | O |
| 7. My overall experience was positive. | ☑ | O | O | O | O |

Once completed, please return to Angela Tusing, Area Manager for ChartOne
at fax (866)217-1165.